IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **4:17CR3127** |
| Plaintiff, | |
| vs. | **ORDER** |
| EPIFANIO SOLORIO-CHAVEZ, | |
| Defendant. | |

On the court's own motion,

IT IS ORDERED:

1)      Defendant's status conference is continued and will be held before the undersigned magistrate judge on December 7, 2017 at 2:30 p.m.

2)      Defendant is ordered to appear at this hearing.

November 22, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge